IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EDWARD MELENDEZ LOZADA<br><br>DEBTOR | CASE NUM.: 13-09869 ESL<br><br>CHAPTER 13 |
| IN RE:<br>RAMON E. CALIZ APONTE<br>DEBTOR | CASE NUM.: 13-09877<br><br>CHAPTER 13 |

**MOTION REQUESTING WITHDRAWAL AS LEGAL COUNSEL**

**TO THE HONORABLE COURT:**

**COME(S)** the undersigned counsel and respectfully Allege(s) and Prays as follows:

1. The undersigned attorney represents debtor(s) in the instant case.

2. Due to personal circumstances the undersigned has to take a leave of absence from her office without a date of return. Therefore, the undersigned has to resign as legal representative in the above captioned case.

3. That in compliance with Code #20 of the Code of Professional Ethics, 4 LPRA, Appendix 4-A, the undersigned informs that debtor's last known address is: , and request that all notices be forward to that address.

4. As required by the applicable ethical rules, the aforementioned party has been informed of the status of the

case. The undersigned met with debtor(s), discussed captioned case proceedings status and notified the need to resign current legal representation. In addition, reasonable steps have been taken to protect its interest as require by Rule 1.16(d) of the Model Rules of Professional Conduct.

5. The undersigned has given or made available to debtor(s) the Bankruptcy file at the office, as per his last known address and message in his last know cellular number.

6. A thirty (30) days period is requested from this Honorable Court for Debtor(s) to announce new legal representation. It is also requested that due to the fact that there would be no legal representation for debtor(s) during same period no dispositive motion be considered until a new legal counselor assumes representation.

7. In view of the above, the undersigned herein resigns and withdraws as legal counselor for debtor(s) in the instant case.

**WHEREFORE** it is respectfully requested from this Honorable Court to GRANT this Motion and Allow the undersigned to withdraw as legal counsel in the instant case and allow debtor(s) thirty (30) days to acquire new legal representation and address any pending matter, it is also requested that until new legal representation is announced for this Honorable Court not to enter into the merits of any dispositive motion unless debtors have announce new legal representation and had the opportunity

to address any other pending matters that may arise during said period, with any other remedy this Honorable Court may deem appropriate.

### NOTICE

Within five (5) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

In San Juan, Puerto Rico, this March 6, 2014.

**RESPECTFULLY SUBMITTED.**
*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

In re:
RAMON E CALIZ APONTE
    Debtor

Case No. 13-09877-ESL
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: mendezv     Page 1 of 1     Date Rcvd: Dec 20, 2013
                           Form ID: oacs      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2013.
```
3831157     AEP,   PUERTO RICO ELECTRIC POWER AHTHORITY,   PO BOX 71524,   SAN JUAN, PR  00936-8624
3831158    +ALLIED INTERSTATE LLC,   PO BOX 361774,   COLUMBUS, OH 43236-1774
3831160     BANK OF AMERICA,   PO BOX 15019,   WILMINGTON, DE  19850-5019
3831161   ++CASTLEROCK SECURITY INC,   400 WEST DIVISION STREET,   SYRACUSE NY 13204-1438
             (address filed with court: Castlerock Security,   950 Spencer Street,   Suite 200,
              Syracuse, NY  13204)
3831162    +COLLECTION ADVISEMENT ASSOCIATES, INC.,   PO BOX 195013,   SAN JUAN, PR 00919-5013
3831163    +DEPARTAMENTO DEL TRABAJO,   AVE MUOZ RIVERA 505,   HATO REY, PR 00918-3352
3831164     FEDERAL LITIGATION DEPT OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
3831165    +FIA CARD SERVICES,   PO BOX 15019,   WILMINGTON, DE 19850-5019
3832878     PR ACQUISITIONS LLC,   PO BOX 194499,   SAN JUAN PR 00919-4499
3831272    +PRA RECEIVABLES MANAGEMENT LLC,   PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 12914,
             NORFOLK, VA  23541-0914
3831273     RG PREMIER BANK OF PR,   D/B/A SCOTIABANK OF PR,   PO BOX 362394,   SAN JUAN, PR 00936-2394
3831274     SCOTIABANK,   PO BOX 362230,   SAN JUAN, PR  00936-2230
3831275     TREASURY DEPARTMENT,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3831159      E-mail/Text: rudgarcia@bppr.com Dec 20 2013 19:22:02     BANCO POPULAR DE PR,   PO BOX 366818,
              SAN JUAN, PR  00936-6818
3831266      E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2013 19:31:10     GE CAPITAL RETAIL BANK,
              PO BOX 965004,   ORLANDO, FL  32896-5004
3831268      E-mail/Text: cio.bncmail@irs.gov Dec 20 2013 19:18:55     INTERNAL REVENUE SERVICE,   PO BOX 7346,
              PHILADELPHIA, PA  19101-7346
3831267      E-mail/Text: cio.bncmail@irs.gov Dec 20 2013 19:18:55     INTERNAL REVENUE SERVICE,
              MERCANTIL PLAZA BLDG, ROOM 1014,   2 PONCE DE LEON AVE.  STOP 27 1/2,   SAN JUAN, PR  00918-1693
3831269      E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2013 19:28:32     JC PENNEY,   PO BOX 960090,
              ORLANDO, FL  32896-0090
3831271      E-mail/Text: bankruptcydepartment@ncogroup.com Dec 20 2013 19:21:54     NCO FINANCIAL SYSTEMS,
              PO BOX 17080,   WILMINGTON, DE  19850-7080
                                                                                              TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3831270    ##+National Credit Soluti,   Po Box 15779,   Oklahoma City, OK 73155-5779
                                                                                   TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+-' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                    Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2013 at the address(es) listed below:
        ALEJANDRO  OLIVERAS RIVERA    aorecf@ch13sju.com
        MARILYN  VALDES ORTEGA    on behalf of Debtor RAMON E CALIZ APONTE valdeslaw1@gmail.com
        MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
                                                                                                          TOTAL: 3

United States Bankruptcy Court
District of Puerto Rico

In re:  
EDWARD MELENDEZ LOZADA  
    Debtor

Case No. 13-09869-ESL  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: mendeza     Page 1 of 1     Date Rcvd: Dec 04, 2013  
                        Form ID: pdf001     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2013.
```
db         +EDWARD MELENDEZ LOZADA,    87 CALLE ACOSTA ESQ GEORGETTI,    CAGUAS, PR 00725-3731
smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,   OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
            SAN JUAN, PR 00918
3831062     AMERICAN EXPRESS,    PO BOX 1270,   NEWARK, NJ 07101-1270
3831064    +CAGUAS COOP,    PO BOX 1252,   CAGUAS, PR 00726-1252
3831065    +CLARO,    PO BOX 70366,   SAN JUAN, PR 00936-8366
3831066    +DEPARTAMENTO DEL TRABAJO,    AVE MUOZ RIVERA 505,    HATO REY, PR 00918-3352
3831067     FEDERAL LITIGATION DEPT OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
3831068     TOYOTA CREDIT DE PUERTO RICO,    PO BOX 366251,    SAN JUAN, PR 00936-6251
3831069     TREASURY DEPARTMENT,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Dec 04 2013 19:12:31     US TRUSTEE,    EDIFICIO OCHOA,
            500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
3831063     E-mail/Text: g20956@att.com Dec 04 2013 19:13:42     AT&T,    PO BOX 15067,
            SAN JUAN, PR 00902-8567
                                                                                              TOTAL: 2
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2013 at the address(es) listed below:
```
              MARILYN VALDES ORTEGA    on behalf of Debtor EDWARD MELENDEZ LOZADA valdeslaw1@gmail.com
              MONSITA LECAROZ APRIBAS    ustpregion21.hr.ecf@usdoj.gov
                                                                             TOTAL: 2
```